UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JENNY CANTRELLE PLAISANCE                          CIVIL ACTION

VERSUS                                             NUMBER: 17-05487

NANCY A. BERRYHILL, ACTING                         SECTION: "F"(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the

Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any

objections to the Magistrate Judge's Report and Recommendation, hereby approves the

Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that

Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed

with prejudice.

New Orleans, Louisiana, this __1st__ day of _____ March _____, 2018.


_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE